```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 14711
    HAROLD WAYNE HALL
    LINDA CAROL HALL                            CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR
        Debtor
   SSN XXX-XX-4823      SSN XXX-XX-7332
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/15/05 and confirmed on 09/09/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 62593.74 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| GREAT LAKES CREDIT UNION | CURRENT MORTG | .00 | .00 | .00 |
| HARRIS BANK CONSUMER LOA | SECURED | 14492.56 | 449.60 | 14492.56 |
| BEST PRACTICES INPATIENT | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7409.21 | .00 | 7409.21 |
| CITY OF LAKE FOREST | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 8414.35 | .00 | 8414.35 |
| NEIL ALLEN MD | UNSECURED | NOT FILED | .00 | .00 |
| GREAT LAKES CREDIT UNION | UNSECURED | 15584.29 | .00 | 15584.29 |
| GREAT LAKES CREDIT UNION | UNSECURED | 10055.94 | .00 | 10055.94 |
| J C PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| LAKE FOREST HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| LAKE FOREST HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| LAKE FOREST HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| LAKE SHORE ORTHOPAEDICS | UNSECURED | 346.30 | .00 | 346.30 |
| MAYO CLINIC | UNSECURED | 175.00 | .00 | 175.00 |
| PARKRIDGE ANESTHESIOLOGY | UNSECURED | 112.00 | .00 | 112.00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1464.66 | .00 | 1464.66 |
| WELLS FARGO FINANCIAL RE | UNSECURED | .00 | .00 | .00 |
| WELLS FARGO FINANCIAL RE | UNSECURED | .00 | .00 | .00 |
| SMC | UNSECURED | 533.57 | .00 | 533.57 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 14492.56 | .00 | 44095.32 | .00 | 58587.88 |
| PRINCIPAL PAID | 14492.56 | .00 | 44095.32 | .00 | 58587.88 |
| INTEREST PAID | 449.60 | .00 | .00 | .00 | 449.60 |

```
TOTAL PAID              14942.16           .00       44095.32           .00     59037.48
```
The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $    2700.00 and was paid $   1700.00   direct and $   1000.00   through the plan.

The Trustee received $    2516.26 .

Refunds to the Debtor totaled $     40.00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/10/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                             PAGE   2
        CASE NO. 05 B 14711 HAROLD WAYNE HALL & LINDA CAROL HALL